THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number:    137909
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7423
    Facsimile: (213) 894-7819
    email: Keith.Staub@usdoj.gov

Attorney for Defendant
United States of America

O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EUGENE GARCIA and WAUNETA GARCIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | No. EDCV 07-1312 VAP (JCRx)<br><br>**ORDER RE RECEIPT AND FULL SATISFACTION AND STIPULATION TO DISMISS WITH PREJUDICE**<br><br>HON. VIRGINIA A. PHILLIPS |

    The court accepts the parties' RECEIPT AND FULL SATISFACTION AND STIPULATION TO DISMISS WITH PREJUDICE. This case is dismissed in its entirety with prejudice, with all parties to bear their own costs and fees.

    IT IS SO ORDERED.


Dated: October 21, 2008

*Virginia A. Phillips*
_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE